THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOUIS DI BELLO, Respondent.

Argued May 29, 1951; decided July 11, 1951.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for appellant.

*William V. Laviano* and *Norman R. Caridi* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.